# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-cr-0930-RSH-2 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Gerson Rene Pulido Paez | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5/18/2023 the Court entered the following order:

    ☐ Defendant be released from custody.

    ☐ Defendant placed on supervised / unsupervised probation / supervised release.

    ☐ Defendant continued on supervised / unsupervised probation / supervised release.

    ☐ Defendant released on _____ Bond posted.

    ☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

    ☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

    ☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

    ☒ Bench Warrant Recalled.

    ☐ Defendant forfeited collateral.

    ☐ Case dismissed.

    ☐ Case dismissed, charges pending in case no.

    ☐ Defendant to be release to Pretrial Services for electronic monitoring.

    ☐ Other. Warrant Issued on 5/16/2023 recalled

JILL L. BURKHARDT
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by D. Martinez x3631

5/18/23
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

anh

| | |
|---|---|
| **From:** | CAS Releases <CAS.Releases@usdoj.gov> |
| **Sent:** | Thursday, May 18, 2023 3:57 PM |
| **To:** | |
| **Subject:** | Read: Warrant Recalling 5/16/2023 (23-cr-930-RSH-2/ Gerson Rene Pulido Paez) |
| **Attachments:** | Read: Warrant Recalling 5/16/2023 (23-cr-930-RSH-2/ Gerson Rene Pulido Paez) |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.