| | |
|---|---|
| 1 | TARA K. MCGRATH |
| 2 | United States Attorney |
| | SHIVANJALI A. SEWAK |
| 3 | Assistant United States Attorney |
| | California State Bar No. 329024 |
| 4 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
| | Telephone: (619) 546-7981 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23CR0930-RSH |
| Plaintiff, | |
| | NOTICE OF APPEARANCE |
| v. | |
| CHIN M. WANG *also known as* Summer Wang, et al., | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

**Melanie K. Pierson**.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in

SAS:jw:5/15/2024

this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: May 15, 2024.

                     Respectfully submitted,

                     TARA K. MCGRATH
                     United States Attorney

                     *s/ Shivanjali A. Sewak*
                     SHIVANJALI A. SEWAK
                     Assistant United States Attorney
                     Attorneys for Plaintiff
                     UNITED STATES OF AMERICA