SKT LAW, P.C.
Eliot F. Krieger, Esq. (SBN 159647) ekrieger@skt.law
Heidi S. Lewis, Esq. (SBN 98046) hlewis@skt.law
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

Attorneys for Defendant CHIN M. WANG aka SUMMER WANG

**FILED**
DEC 5 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>CHIN M. WANG aka SUMMER WANG (1), and GERSON RENE PULIDO PAEZ (2),<br><br>Defendants. | CASE NO. 3:23-CR-0930-RSH<br><br>Complaint Filed: 5/8/23<br><br>**[PROPOSED] ORDER RELEASING COLLATERAL** |

On November 15, 2024 before District Judge Robert S. Huie, the Sentencing Hearing of Defendant CHIN M. WANG aka SUMMER WANG was heard and the Bond was exonerated.

Therefore, it is hereby ordered that the following collateral be released:

| Collateral Description | Instrument No. | Recording County |
|---|---|---|
| 2600 W. Harmon Ave., Unit 28028 Las Vegas, NV 89158-4538 | 20230606-0000549 | Clark County Nevada |
| 799 Avenue A, #1A Bayonne, NJ 07002 | 20230525010036360 Bk: 9748 Pg: 949 | Hudson County New Jersey |

| Collateral Description | Instrument No. | Recording County |
|---|---|---|
| 799 Avenue A, #1B (Unit 102) Bayonne, NJ 07022 | 20230607060050700 Bk: 20457 Pg: 83 | Hudson County New Jersey |
| 799 Avenue A, #2A (Unit 201) Bayonne, NJ 07002 | 20230607060050750 Bk: 204657 Pg: 121 | Hudson County New Jersey |
| 799 Avenue A, #2B (Unit 202) Bayonne, NJ 07002 | 20230607060050740 Bk: 20457 Pg: 113 | Hudson County New Jersey |
| 799 Avenue A, #2C (Unit 203) Bayonne, NJ 07002 | 20230607060050790 Bk: 20457 Pg: 153 | Hudson County New Jersey |
| 799 Avenue A, #2D (Unit 204) Bayonne, NJ 07022 | 20230607060050720 Bk: 20457 Pg: 101 | Hudson County New Jersey |
| 799 Avenue A, #24 (Unit 2D) Bayonne, NJ 07002 | 20230221010011270 Bk: 9728 Pg: 585 | Hudson County New Jersey |
| 799 Avenue A, #3C (Unit 303) Bayonne, NJ 07002 | 20230607060050760 Bk: 20457 Pg: 145 | Hudson County New Jersey |
| 803 Avenue A, #2C (Unit 203) Bayonne, NJ 07002 | 20230607060050770 Bk: 20457 Pg: 137 | Hudson County New Jersey |
| 803 Avenue A, #4A (Unit 401) Bayonne, NJ 07002 | 20230607060050710 Bk: 20457 Pg: 92 | Hudson County New Jersey |

**IT IS SO ORDERED.**

Date: ~~10~~ 12/5/2024

HONORABLE ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE